No. 485. ILLINOIS CENTRAL RAILROAD COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Lawrence H. Cake* and *F. W. Clements* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Louis R. Mehlenger* for the United States.

No. 486. JACINTO MOSS, PEDRO L. MOSS, PEDRO J. MOSS, ET AL., ETC. *v.* JOHN H. SHERBURNE AND HOWARD STOCKTON, TRUSTEES, ETC. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert H. Holt* for petitioners. *Messrs. John H. Sherburne* and *Howard Stockton, Jr., pro se.*

No. 487. VILLAGE OF TERRACE PARK *v.* RUSSELL ERRETT. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Weld Peck* for petitioner. *Messrs. Russell Errett, pro se,* and *James J. Muir* for respondent.

No. 489. ALBERT CARELLI *v.* STATE OF OHIO. October 18, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. M. A. Musmanno* for petitioner. No appearance for respondent.

No. 490. LENA B. MCKEE AND FRED MCKEE, TRUSTEES, ETC., ET AL. *v.* CUNO H. RUDOLPH, JAMES F. OYSTER, AND J. FRANKLIN BELL, ETC. October 18, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Edward F. Colladay* for petitioners. *Messrs. F. H. Stephens* and *Robert L. Williams* for respondents.